**M. L. McMAKIN, Plaintiff-Appellee**

**v.**

**Gilbert C. HOOKS, District Director of Internal Revenue, Defendant-Appellant.**

**No. 14971.**

United States Court of Appeals
Sixth Circuit.

Stipulation April 12, 1963.

Judgment April 16, 1963.

Louis F. Oberdorfer, Asst. Atty. Gen., Washington, D. C., William E. Scent, U. S. Atty., Louisville, Ky., for appellant.

Joe A. Wallace, Louisville, Ky., for appellee.

## JUDGMENT

On stipulation of the parties to this proceeding, by their counsel of record, it appearing that the issue in this case is the same as that decided by the United States Supreme Court on February 18, 1963, in United States v. Gilmore, 372 U.S. 39, 83 S.Ct. 623, 9 L.Ed.2d 570, and United States v. Patrick, 372 U.S. 53, 83 S.Ct. 618, 9 L.Ed.2d 580; and

It further appearing that the parties to this proceeding desire to avoid further expense in connection with the briefing and argument of the appeal;

Now Therefore, it is Ordered, Adjudged, and Decreed that the decision of the District Court filed in this cause on December 19, 1961, is hereby reversed, 202 F.Supp. 294, in accordance with the opinions of the United States Supreme Court in United States v. Gilmore and United States v. Patrick, supra, and the District Court is hereby instructed to enter a judgment in favor of the District Director.